No. 91–7467. CHASE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–7473. DIXON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7479. TAYLOR v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 91–7486. GOMEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–7489. ZUCKERMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–7492. LANGE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7499. TOVAR-PAZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7501. BLADE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7513. CAHILL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 91–1032. SHEARSON LEHMAN MORTGAGE CORP. v. LAGUNA ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 91–1198. CHESAPEAKE WESTERN RAILWAY ET AL. v. TAX COMMISSIONER, VIRGINIA DEPARTMENT OF TAXATION, ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 91–1255. DEROBERTIS, WARDEN, ET AL. v. HENDERSON ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.

No. 91–1282. CONNECTICUT BANK & TRUST CO. ET AL. v. WILMINGTON TRUST CO. ET AL. C. A. 9th Cir. Motion of Mari-